THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-MAIL  t_stew_3@yahoo.com
Attorneys for David Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, | Case No.  CV 12-657 MEJ |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| REDDY INVESTMENTS, LLC, | |
| Defendants. _____/ | |

and related Third Party action.

_____/

The parties hereto stipulate as follows:

The Plaintiff and Defendant have reached a full and final settlement of all issues in the Complaint.  A Settlement Agreement between the them has been fully executed.

The Defendant/Third Party Plaintiff and Third Party Defendants have reached a full and final settlement of all issues in the Third Party Complaint.  A Settlement Agreement between

Defendant/Third Party Plaintiff and Third Party Defendant has been fully executed.

Some parts of the Settlement Agreements are to be performed in the future. The parties shall comply with their Settlement Agreements, copies of which are incorporated by reference as if fully set forth. The parties request the Court to retain jurisdiction for 18 months from the date hereof in order to enforce the terms of the Settlement Agreements under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreements.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreements for 18 months after the date hereof.

Date:  June 11, 2012                                                  Date:  June 11, 2012


S/Andrew Cohn,                                                         S/Thomas N. Stewart, III,
Attorney for Defendant/Third Party Plaintiff          Attorney for Plaintiff


Date:  June 6, 2012                                                    Date:  June 6, 2012


S/Hon Huen Lee, dba Dragon BBQ Express,           S/Anita Lee, dba Dragon BBQ Express,
Third Party Defendant                                              Third Party Defendant

IT IS SO ORDERED:

Date: June 11, 2012

